# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DENNIS ANTHONY JOHNSON,<br><br>Defendant | Case No. 19-CR-3220-JLS<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Dennis Anthony Johnson without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral in accordance with Local Criminal Rule 46.1(g).

IT IS SO ORDERED.

Dated: August 29, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge